NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RONALD E. KUNKEL,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2009-7140

---

Appeal from the United States Court of Appeals for Veterans Claims in 08-0026, Judge Robert N. Davis.

---

## ON MOTION

---

## O R D E R

Upon consideration of Ronald E. Kunkel's motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

(3) All other pending motions are denied as moot.

FOR THE COURT

JUL 2 7 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Kenneth M. Carpenter, Esq.
     Meredyth Cohen Havasy, Esq.

s20

Issued As A Mandate:    JUL 2 7 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 7 2010

JAN HORBALY
CLERK